IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DAYTON SUPERIOR<br>CORPORATION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:12-cv-00227-RWS |

## CONSENT DECREE

This action was instituted by the Equal Employment Opportunity Commission (hereinafter the "EEOC") against Defendant Dayton Superior Corporation (hereinafter the "Defendant") pursuant to Section 107(a) of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12117(a) (hereinafter referred to as the "ADA"), as amended, and the Civil Rights Act of 1991, 42 U.S.C. § 1981(a), to remedy the alleged wrongful employment practices identified in the Complaint filed in this action.

This Court has jurisdiction over the subject matter of this action and over the parties to this action.

**BY CONSENT:**

Counsel for Plaintiff:

s/Robert Dawkins
Robert Dawkins
Regional Attorney
Georgia Bar No. 076206
Lakisha Duckett
Trial Attorney
Georgia Bar No. 231641
EEOC - ATLANTA DISTRICT OFFICE
100 Alabama Street, SW
Suite 4R30
Atlanta, Georgia 30303
Telephone: (404) 562-6818
Facsimile: (404) 562-6905

Counsel for Defendant:

s/Frederick T. Smith
Frederick T. Smith, Esq.
Georgia Bar No. 657575
fsmith@seyfarth.com
Jeffrey B. Sand, Esq.
Georgia Bar No. 181568
jsand@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056

APPROVED, DONE, and SIGNED this 2nd day of Jan., 2012.

*[signature]*

District Judge
U.S. District Court of Georgia
Northern District of Georgia, Gainesville Division

14