IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No. 2:12-cv-00227-RWS ) |
| DAYTON SUPERIOR CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in the above-captioned case stipulate and agree, by and through counsel, that the action will be dismissed, with prejudice, and with each party bearing its own costs and attorneys' fees.

Respectfully submitted this the 3rd day of January, 2013 by:

s/Lakisha Duckett
Lakisha Duckett, Esq.
Georgia Bar No. 231641
Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama St., Suite 4R30
Atlanta, Georgia 30303
Telephone: (404) 562-6815
Facsimile: (404) 562-6905
Attorney for Plaintiff

s/Frederick T. Smith
Frederick T. Smith, Esq.
Georgia Bar No. 657575
fsmith@seyfarth.com
Jeffrey B. Sand, Esq.
Georgia Bar No. 181568
jsand@seyfarth.com
Seyfarth Shaw LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia 30309-3962
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Attorneys for Defendant